THEODORE L. EARLE, Appellant, *v.* HESTER R. EARLE et al., Respondents.

Reported below, 183 App. Div. 938.
(Argued September 29, 1919; decided October 7, 1919.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 5, 1918, reversing an interlocutory judgment in favor of plaintiff and granting a new trial in an action for absolute divorce.

*Richard T. Greene* for motion.

*Walter C. Sheppard* opposed.

Motion granted on condition that within ten days appellant pay to respondent costs of appeal and ten dollars costs of motion; otherwise, motion denied, with ten dollars costs.